IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALONZO DEON JOHNSON,

    Petitioner,               No. CIV S-03-2063 FCD JFM P

    vs.

CLAUDE E. FINN, Warden,

    Respondent.

_____/

DARRYL L. THOMPSON,

    Petitioner,               No. CIV S-04-2208 MCE PAN P

    vs.

TOM L. CAREY, Warden,

    Respondent.

_____/

        Examination of the above-entitled actions reveals that these cases are related within the meaning of Local Rule 83-123(a), E.D. Cal. (2005).  The actions involve the same criminal prosecution and the same questions of fact and law.  Accordingly, assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

1  The parties should be aware that relating the cases under Local Rule 83-123
2  merely has the result that the actions are assigned to the same judge; no consolidation of the
3  actions is effected.  Under the regular practice of this court, related cases are generally assigned
4  to the judge and magistrate judge to whom the first filed action was assigned.
5  Therefore, IT IS ORDERED that the action denominated as Thompson v. Carey,
6  Case No. CIV S-04-2208 MCE PAN P is reassigned to the undersigned and to Magistrate Judge
7  John F. Moulds for all further proceedings.  Henceforth, the caption on documents filed in the
8  reassigned case shall be shown as No. CIV S-04-2208 FCD JFM P.
9  IT IS FURTHER ORDERED that the Clerk of the Court make appropriate
10  adjustment in the assignment of civil cases to compensate for this reassignment.
11  DATED:September 16, 2005

13  /s/ Frank C. Damrell Jr.
   FRANK C. DAMRELL JR.
14  United States District Judge