DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioners
ALONZO DEON JOHNSON and DARRYL THOMPSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALONZO DEON JOHNSON, | ) | No. Civ. S 03-2063 RBB JFM P |
| Petitioner, | ) | **UNOPPOSED REQUEST TO RESET STATUS CONFERENCE; ORDER** |
| v. | ) | |
| CLAUDE E. FINN, Warden, | ) | |
| Respondent. | ) | |
| DARRYL THOMPSON, | ) | No. Civ. S 04-2208 RBB JFM P |
| Petitioner, | ) | **UNOPPOSED REQUEST TO RESET STATUS CONFERENCE; ORDER** |
| v. | ) | |
| TOM L. CAREY, Warden, | ) | |
| Respondent. | ) | |

Petitioners, ALONZO DEON JOHNSON and DARRYL THOMPSON, by and through their counsel, Assistant Federal Defender David M. Porter, hereby requests the court reschedule the status conference in the above-entitled matters, currently set for December 14, 2006, to February 15, 2007 at 11:00 a.m., to allow for the reproduction and review of the court file and 18 expando files comprising the state

1  court record.  Counsel for respondents, Deputy Attorney General R. Todd
2  Marshall, has graciously indicated that he has no opposition to this
3  request.  This is the first such request and it is not being made to
4  gain unfair advantage, to unduly prolong the litigation, or for any
5  other improper reason.
6  Dated:  November 29, 2006

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

   /s/ *David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

Attorney for Petitioners
ALONZO DEON JOHNSON and DARRYL THOMPSON

2

ORDER

Pursuant to the unopposed request of Petitioners, and good cause appearing therefor, it is HEREBY ORDERED that the status conference currently set for December 14, 2006, is RESET to Thursday, February 15, 2007, at 11:00 a.m. in Courtroom #27.  Fourteen days prior to the conference, petitioners shall file and serve status reports as described in this Court's November 13, 2006 order.

IT IS SO ORDERED.

Dated:  December7, 2006.

UNITED STATES MAGISTRATE JUDGE

/john2063.eot