IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALONZO DEON JOHNSON,**<br><br>                    Petitioner,<br><br>     v.<br><br>**CLAUDE E. FINN, Warden,**<br><br>                    Respondent. | CIV S-03-2063 RBB JFM P<br>CIV S-04-2208 RBB JFM P<br><br><br>**ORDER** |
| **DARRYL THOMPSON,**<br><br>                    Petitioner,<br><br>     v.<br><br>**TOM L. CAREY, Warden,**<br><br>                    Respondent. | |

IT IS HEREBY ORDERED that the Evidentiary Hearing on the above-entitled matters set for February 5, 2008 be advanced to January 30, 2008 at 10:00 A.M.

Dated: January 9, 2008.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

/john2063.ehg

[Proposed] Order

1