DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioners
ALONZO DEON JOHNSON and DARRYL THOMPSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO DEON JOHNSON,<br><br>            Petitioner,<br><br>      v.<br><br>CLAUDE E. FINN, Warden,<br><br>            Respondent.<br>_____ | No. Civ. S 03-2063 RBB JFM P |
| DARRYL THOMPSON,<br><br>            Petitioner,<br><br>      v.<br><br>TOM L. CAREY, Warden,<br><br>            Respondent.<br>_____ | No. Civ. S 04-2208 RBB JFM P<br><br><br><br>**ORDER** |

    Pursuant to the unopposed application of petitioners, and good cause appearing therefor, IT IS HEREBY ORDERED the February 15, 2008 request for extension of time to file post-hearing briefs is GRANTED. The opening brief is due on or before March 20, 2008, the responding brief is due April 3, 2008, and the optional reply brief is due April 10, 2008.

DATED:  February 19, 2008.

                              UNITED STATES MAGISTRATE JUDGE

/john2063.eot3