DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioners
ALONZO DEON JOHNSON and DARRYL THOMPSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALONZO DEON JOHNSON, | ) | No. Civ. S 03-2063 JAM JFM P |
| | ) | |
| Petitioner, | ) | **STIPULATION REGARDING NINTH** |
| | ) | **CIRCUIT REMAND;   ORDER** |
| v. | ) | |
| | ) | |
| CLAUDE E. FINN, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |
| DARRYL THOMPSON, | ) | No. Civ. S 04-2208 JAM JFM P |
| | ) | |
| Petitioner, | ) | **STIPULATION REGARDING NINTH** |
| | ) | **CIRCUIT REMAND;   ORDER** |
| v. | ) | |
| | ) | |
| TOM L. CAREY, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioners, ALONZO DEON JOHNSON and DARRYL THOMPSON, by and through their counsel, Assistant Federal Defender David M. Porter, and Respondents, CLAUDE E. FINN and TOM L. CAREY, by and through their counsel, Deputy Attorney General R. Todd Marshall, hereby agree and stipulate as follows:

(1)   WHEREAS the Ninth Circuit Court of Appeals vacated this

1  Court's order of March 23, 2010 denying the petitions for writ of
2  habeas corpus, *Johnson v. Finn*, 665 F.3d 1063, 1076 (9th Cir. 2011);
3  and,
4         (2)   Respondents filed a notice of decision not to file a petition
5  for writ of certiorari and the Ninth Circuit's mandate was spread upon
6  this Court's docket on July 27, 2012;
7         (3)   IT IS HEREBY STIPULATED that the Court should enter the order
8  lodged herewith granting the petitions for writ of habeas corpus.
9  Dated:  August ___, 2012
10 Respectfully submitted,

| | |
|---|---|
| EDMUND G. BROWN, Jr.<br>Attorney General | DANIEL J. BRODERICK<br>Federal Defender |
| /s/<br>R. TODD MARSHALL<br>Deputy Attorney General | /s/ *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorney for Respondents<br>CLAUDE E. FINN and<br>TOM L. CAREY | Attorney for Petitioners<br>ALONZO DION JOHNSON and<br>DARRYL THOMPSON |

DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Petitioners
ALONZO DEON JOHNSON and DARRYL THOMPSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALONZO DEON JOHNSON, | ) | No. Civ. S 03-2063 JAM JFM P |
| Petitioner, | ) | **ORDER** |
| v. | ) | |
| CLAUDE E. FINN, Warden, | ) | |
| Respondent. | ) | |
| DARRYL THOMPSON, | ) | No. Civ. S 04-2208 JAM JFM P |
| Petitioner, | ) | **ORDER** |
| v. | ) | |
| TOM L. CAREY, Warden, | ) | |
| Respondent. | ) | |

**O R D E R**

Pursuant to the decision of the Ninth Circuit Court of Appeals, *Johnson v. Finn*, 665 F.3d 1063 (2011), the stipulated request of the parties, and good cause appearing therefor, the Court:

(1) **VACATES** the order denying the petitions for writ of habeas corpus filed March 23, 2009, and the judgment entered the same day;

(2) **ADOPTS** in full the magistrate judge's findings and recommendations filed August 19, 2009;

(3) **GRANTS** the petitions for a writ of habeas corpus based on petitioners' claims under *Batson v. Kentucky*, 476 U.S. 79 (1986), with respect to prospective juror Mr. Jones; and,

(4) **DIRECTS** the State to vacate petitioners' convictions and respondents to release petitioners from custody unless proceedings in the state court leading to retrial are commenced within sixty days from the date of this order.

DATED: August 31, 2012

/s/ John A. Mendez
Honorable JOHN A. MENDEZ
United States District Court Judge