DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Petitioners
ALONZO DEON JOHNSON and DARRYL THOMPSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALONZO DEON JOHNSON, | ) | No. Civ. S 03-2063 JAM JFM P |
| Petitioner, | ) | **ORDER** |
| v. | ) | |
| CLAUDE E. FINN, Warden, | ) | |
| Respondent. | ) | |
| _____ | ) | |
| DARRYL THOMPSON, | ) | No. Civ. S 04-2208 JAM JFM P |
| Petitioner, | ) | **ORDER** |
| v. | ) | |
| TOM L. CAREY, Warden, | ) | |
| Respondent. | ) | |
| _____ | ) | |

**O R D E R**

Pursuant to the decision of the Ninth Circuit Court of Appeals, *Johnson v. Finn*, 665 F.3d 1063 (2011), petitioners' application, and good cause appearing therefor, the Court:

(1) **VACATES** the orders denying the petitions for writ of habeas

corpus filed March 23, 2009, and the judgments entered the same day;[*]

(2) **ADOPTS** in full the magistrate judge's findings and recommendations filed August 19, 2009;

(3) **GRANTS** the petitions for a writ of habeas corpus based on petitioners' claims under *Batson v. Kentucky*, 476 U.S. 79 (1986), with respect to prospective juror W.J.; and,

(4) **DIRECTS** the State to vacate petitioners' convictions and respondents to release petitioners from custody unless proceedings in the state court leading to retrial are commenced within sixty days from the date of this order.

DATED: September 5, 2012

/s/ John A. Mendez
Honorable JOHN A. MENDEZ
United States District Court Judge

---

[*] The Court also **VACATES** the previous orders -- CR #80 in *Johnson v. Finn* and CR #63 in *Thomas v. Carey* -- that were entered in error.

2