DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioners
ALONZO DEON JOHNSON and DARRYL THOMPSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALONZO DEON JOHNSON, | ) | No. Civ. S 03-2063 JAM JFM P |
| Petitioner, | ) | **ORDER** |
| v. | ) | |
| CLAUDE E. FINN, Warden, | ) | |
| Respondent. | ) | |
| DARRYL THOMPSON, | ) | No. Civ. S 04-2208 JAM JFM P |
| Petitioner, | ) | **ORDER** |
| v. | ) | |
| TOM L. CAREY, Warden, | ) | |
| Respondent. | ) | |

**O R D E R**

Pursuant to the decision of the Ninth Circuit Court of Appeals, *Johnson v. Finn*, 665 F.3d 1063 (2011), petitioners' application, and good cause appearing therefor, the Court:

(1) **VACATES** the orders denying the petitions for writ of habeas

1  corpus filed March 23, 2009, and the judgments entered the same day;[*]

2  (2) **ADOPTS** in full the magistrate judge's findings and
3  recommendations filed August 19, 2009;

4  (3) **GRANTS** the petitions for a writ of habeas corpus based on
5  petitioners' claims under *Batson v. Kentucky*, 476 U.S. 79 (1986), with
6  respect to prospective juror W.J.; and,

7  (4) **DIRECTS** the State to vacate petitioners' convictions and
8  respondents to release petitioners from custody unless proceedings in
9  the state court leading to retrial are commenced within sixty days
10 from the date of this order.

11 DATED: September 5, 2012

/s/ John A. Mendez
Honorable JOHN A. MENDEZ
United States District Court Judge

---

[*] The Court also **VACATES** the previous orders -- CR #80 in *Johnson v. Finn* and CR #63 in *Thomas v. Carey* -- that were entered in error.

2